Matter of Cicale (2018 NY Slip Op 03307)

Matter of Cicale

2018 NY Slip Op 03307 [31 NY3d 1010]

May 8, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, June 13, 2018

[*1]

In the Matter of Robert L. Cicale, a Judge of the District Court of Suffolk County.

Decided May 8, 2018

APPEARANCES OF COUNSEL

William D. Wexler, North Babylon, for Hon. Robert L. Cicale.

{**31 NY3d at 1010} OPINION OF THE COURT

On consideration of the continuation of this Court's April 2, 2018 suspension, with pay, of the Honorable Robert L. Cicale from the office of Judge of District Court of Suffolk County, it is determined that the suspension continue, with pay, effective immediately.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.